

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00451-CV

Kody **KOTHMANN**, as Trustee of the Kody Kothmann 1992 Irrevocable Trust,
Appellant

v.

Carl **MENZIES**, and Steve Menzies, as Trustee of the Perry P. Menzies and Mary Louise
Menzies Living Trust,
Appellees

From the 452nd District Court, Menard County, Texas
Trial Court No. 2020-05655
Honorable Robert Hoffman, Judge Presiding

# O R D E R

Appellant's notice of appeal states his intention to appeal the trial court's July 9, 2021 order. Although the order denied Appellant's motion for summary judgment, it granted Plaintiffs' motion for summary judgment only in part. Notably, the order does not dispose of Plaintiffs' claim for costs and attorney's fees: It does not expressly dispose of all claims. The order does not appear final on its face. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001).

Generally, our appellate jurisdiction is limited to review of final, appealable orders or judgments. *See id.* at 195 (noting that generally "an appeal may be taken only from a final judgment"). An order that does not dispose of an outstanding claim for attorney's fees is not a final order. *McNally v. Guevara*, 52 S.W.3d 195, 196 (Tex. 2001) (per curiam).

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d at 195.

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court